```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBBY SHAWN STADNICK, individually and
on behalf of all other similarly situated,
                      Plaintiff,

        -against-

VIVINT SOLAR, INC., et al.,
                      Defendants.
------------------------------------------------------------X

14 CIVIL 9283 (KBF)
14 CIVIL 9709 (KBF)

**JUDGMENT**

      Whereas before the Court are defendants' motions to dismiss plaintiff's Second Amended Consolidated Complaint (SAC) for failure to state a claim upon which relief can be granted, and the motions having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on December 10, 2015, having rendered its Opinion and Order granting defendants' motions to dismiss, dismissing the action with prejudice, and directing the Clerk of Court to terminate these actions, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2015, defendants' motions to dismiss are granted and the actions are dismissed with prejudice; accordingly, these cases are closed.

**Dated:** New York, New York
          December 11, 2015

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court
                                                BY:
                                                            Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____